SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>            Plaintiff,<br><br>       vs.<br><br>ANGELO'S BURGERS AND TACOS, INC.; RAMON P. GARCIA, AS TRUSTEE OF THE RAMON P. GARCIA AND ELOISA M. GARCIA LIVING TRUST; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:24-cv-06368-JFW (PDx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ANGELO'S BURGERS AND TACOS, INC.** |

**PLEASE TAKE NOTICE** that Plaintiff DEONDRE RAGLIN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant ANGELO'S BURGERS AND TACOS, INC. ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

     (1)   *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: September 13, 2024        SO. CAL. EQUAL ACCESS GROUP

By:    /s/  *Jason J. Kim*
       Jason J. Kim
       Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**